UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

Smith,

                Plaintiff,                       20 Civ. 9525 (KMK) (AEK)

  -against-                       **CANCELLATION ORDER**

Croussette, et al.,

                Defendants.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In light of the parties' reported settlement, *see* ECF No. 22, the telephonic conference scheduled for **Monday, July 12, 2021** at **9:30 a.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated:  May 14, 2021
         White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge